DECEMBER 21, 2001

No. 01–6383. MURPHY *v.* UNITED STATES. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.2.

JANUARY 3, 2002

No. 01–7389 (01A459). TUCKER *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Ct. Common Pleas of Sumter County, S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JANUARY 4, 2002

No. 01–6948. BATTLE *v.* DAVIS. Ct. App. D. C. Certiorari dismissed under this Court's Rule 46.

No. 00–1853. SWIERKIEWICZ *v.* SOREMA N. A. C. A. 2d Cir. [Certiorari granted, 533 U. S. 976.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–309. HOPE *v.* PELZER ET AL. C. A. 11th Cir. Certiorari granted.

No. 01–419. CITY OF COLUMBUS ET AL. *v.* OURS GARAGE AND WRECKER SERVICE, INC., ET AL. C. A. 6th Cir. Certiorari granted.